1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. THUESEN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

FILED

JAN 0 9 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 426 WASHINGTON AVENUE, WEST SACRAMENTO, CALIFORNIA INCLUDING ANY APPLE IPHONE AND HTC WIRELESS TELEPHONES LOCATED THEREIN | NO. 2: 18-SW-825-AC<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are, hereby ordered unsealed.

Dated: 01-09-19

The Honorable Deborah Barnes
UNITED STATES MAGISTRATE JUDGE